# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-1636
_____

LARRY D. RICHARDSON,

    Appellant,

    v.

RICKY D. DIXON, Secretary,
Florida Department of
Corrections, et al.,

    Appellees.

_____

On appeal from the Circuit Court for Bradford County.
George M. Wright, Judge.

June 5, 2024


PER CURIAM.

    AFFIRMED.

ROBERTS, RAY, and KELSEY, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————

Larry D. Richardson, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee; Kelly R. Forren, Assistant General Counsel, Department of Corrections, Tallahassee, for Appellee Florida Department of Corrections.